*C. Michael Budlong* and *Campbell D. Barrett,* in support of the petition.

Decided October 25, 2000

## KATHRYN LUCAS *v.* GENERAL ACCIDENT INSURANCE COMPANY OF AMERICA

MCDONALD, C. J., did not participate in the consideration or decision of this petition.

*Albert E. Sheary,* in support of the petition.

Decided October 25, 2000

## STATE OF CONNECTICUT *v.* GREGORY MATHIS

*Del Atwell,* special public defender, in support of the petition.

*Robin S. Schwartz,* special deputy assistant state's attorney, in opposition.

Decided October 25, 2000

## DONALD L. FRANCO *v.* EAST SHORE DEVELOPMENT, INC., ET AL.

## EAST SHORE DEVELOPMENT, INC. *v.* DONALD L. FRANCO